105 A.3d 657

**Rosetta ADAMSON, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, et al., Respondents.**

Supreme Court of Pennsylvania.

Dec. 10, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of December, 2014, the Petition for Allowance of Appeal and the Application for Leave to File Post–Submission Communication are **DENIED.**